UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| DEBBIE A. FLEMING and <br> DAVID D. FLEMING, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE TJX COMPANIES, INC. d/b/a <br> T.J. MAXX, INC., <br><br> *Defendant.* | No. 2:22-CV-89 <br><br> Judge Collier <br><br> Magistrate Judge Wyrick |

## JUDGMENT ORDER

This matter is before the Court on Plaintiffs' motion to dismiss this action without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. 29.) For the reasons set out in the accompanying Memorandum, the Court **GRANTS** Plaintiffs' motion (Doc. 29) and **DISMISSES** this action **WITHOUT PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT